UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case # 3:23-cv-00218-FDW-SCR

DWIGHT PETTY,

          Plaintiff,

v.

DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.; DEPUY SYNTHES PRODUCTS, INC.; DEPUY SYNTHES SALES, INC.; d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY INTERNATIONAL, LTD.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL, Inc.; JOHNSON & JOHNSON; MEDICAL DEVICE BUSINESS SERVICE, INC.; DEPUY INC.; DEPUY IRELAND UNLIMITED COMPANY; and DEPUY SYNTHES JOHNSON & JOHNSON IRELAND LTD

          Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned action is dismissed with prejudice. All parties are to bear their own costs, expenses, and attorney's fees.

This the 22nd day of June 2023

    Respectfully submitted,

                            */s/ Lawrence Wooden*
                            Lawrence Wooden
                            Wooden Bowers PLLC
                            10130 Mallard Creek Rd. Suite 300
                            Charlotte, North Carolina 28262
                            Phone: (704) 665-5838
                            Email: lwooden@wbvlaw.com
                            *Attorneys for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case # 3:23-cv-00218-FDW-SCR

| | |
|---|---|
| DWIGHT PETTY,<br>        Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.; DEPUY SYNTHES PRODUCTS, INC.; DEPUY SYNTHES SALES, INC.; d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY INTERNATIONAL, LTD.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL, Inc.; JOHNSON & JOHNSON; MEDICAL DEVICE BUSINESS SERVICE, INC.; DEPUY INC.; DEPUY IRELAND UNLIMITED COMPANY; and DEPUY SYNTHES JOHNSON & JOHNSON IRELAND LTD<br><br>        Defendants. | **CERTIFICATE OF SERVICE** |

      IT IS HEREBY CERTIFIED that a copy of the foregoing **Dismissal with Prejudice** was sent via email to Defendant's counsel at the email below.

Erin Pauley<br>
Barnes & Thornburg LLP<br>
One North Wacker Dr.<br>
Suite 4400<br>
Charlotte, North Carolina 60606<br>
Ein.pauley@btlaw.com

This the 22nd day of June 2023

                                                                          /s/ Lawrence Wooden<br>
                                                                          Lawrence Wooden<br>
                                                                          Counsel for Plaintiff